WILLIAM F. HAMILTON v. LEON H. ROUSE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MAX GUTSCHNEIDER v. EAST 46TH STREET REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

AARON B. COHEN v. ALEXANDER R. GROSSMAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

FERDINAND P. VAN DER VEER v. WILLIAM THIELE.— Motion for stay granted. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HENRY KELLY & SONS v. AL JOLSEN.— Motion denied, with ten dollars costs, without prejudice to renewal after resettlement of order appealed from. Memorandum per curiam. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of PETER A. LURIA.— Proceeding dismissed. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FRANK R. LANG, Respondent, v. WILLIAM R. HARRISON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of FRANK LESLIE, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ALFRED SOHLAND, Appellant, v. PENNSYLVANIA SILK COMPANY, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, on the ground that the contract is too indefinite to be enforcible. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PHILIP S. HENRY and Others, as Executors, etc., Respondents, v. RANDEGG REALTY COMPANY and Others, Impleaded with MAX J. KLEIN, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

BERTHA KING, Individually and as Guardian, etc., and Another, Respondents, v. PACIFIC HALL, INC., and Others, Impleaded with ABRAHAM FISHER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FREDERIC FOYLE NUGENT, Respondent, v. WILLIAM SETON GORDON and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM LIEBOWITZ, an Infant, etc., by KIEVA LIEBOWITZ, His Guardian.